Melodie SHULER, Plaintiff–Appellant,

v.

TOWER LEGAL STAFFING, INC., Defendant–Appellee.

No. 13–1910.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 31, 2014.

Decided: March 6, 2014.

Melodie Shuler, Appellant pro se. Gil A. Abramson, Eileen Carr Riley, Jackson Lewis PC, Baltimore, Maryland, for Appellee.

Before NIEMEYER, KEENAN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In Melodie Shuler's civil action arising out of the termination of her employment, Shuler appeals the district court's order granting Defendant's motion to dismiss and for summary judgment, denying Shuler's motion to amend her complaint, and granting Defendant's motion to strike. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court.* *Shuler v. Tower Legal Staff-*

---

* We also find no error in the district court's order granting Shuler's motion for extension of the discovery deadline.

*ing, Inc.,* No. 1:12–cv–01684–CCB, 2013 WL 3147157 (D.Md. June 18, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*